## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PAIGE MOODY AND KHALIL TOMLINSON, CO-ADMINISTRATORS OF THE ESTATE OF GIANNA TOMLINSON, DECEASED | : No. 182 EAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| v. | : |
| LEHIGH VALLEY HOSPITAL-CEDAR CREST, LEHIGH VALLEY HEALTH NETWORK, LVPG-EMERGENCY MEDICINE, TERESA M. ROMANO MD, JULIE N. PHILLIPS MD, KENNETH P. RACHWAL PA-C, REGINA L. WYERS PA-C VICTOR RODRIGUEZ, M.D., NATHAN C. HIMES M.D. ALEXANDER M. KOWAL M.D. AND MEDICAL IMAGING OF LEHIGH VALLEY, P.C., CHILDREN'S HOSPITAL OF PHILADELPHIA, SACRED HEART HOSPITAL, SACRED HEART HEALTH SYSTEMS, SACRED HEART PEDIATRICS ASSOCIATES AND ANDREW UNGER, M.D. | : |
| PETITION OF: LEHIGH VALLEY HOSPITAL-CEDAR CREST, LEHIGH VALLEY HEALTH NETWORK, LVPG-EMERGENCY MEDICINE, TERESA M. ROMANO, M.D., JULIE N. PHILLIPS M.D., KENNETH P. RACHWAL PA-C, REGINA L. WYERS PA-C | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.